IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IESHA BERRY-HARRIS,<br><br>Defendant. | CR 23-94-GF-BMM<br><br>ORDER |

Defendant Iesha Berry-Harris has filed an Unopposed Motion to Vacate Detention Hearing. (Doc. 45). Berry-Harris states additional time is needed to develop a release plan.

IT IS ORDERED that Berry-Harris's Motion Unopposed Motion to Vacate Detention Hearing (Doc. 45) is GRANTED. The March 12, 2024, detention hearing is vacated.

DATED this 11th day of March 2024.

John Johnston
United States Magistrate Judge